238 February 26, 2025 No. 151

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRISTOPHER ROBIN FOX,
*Defendant-Appellant.*

Multnomah County Circuit Court
22CR28139; A182333

Kelly Skye, Judge.

Submitted January 10, 2025.

Ernest G. Lannet, Chief Defender, and David O. Ferry, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment of conviction for first-degree assault, ORS 163.185, and unlawful use of a weapon (UUW), ORS 166.220. Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In October 2021, defendant hit the complainant with a crowbar, which broke the complainant's arm. A jury found defendant guilty of first-degree assault and UUW. For first-degree assault, the trial court imposed a mandatory minimum sentence of 90 months in prison pursuant to ORS 137.700. For UUW, the trial court imposed a concurrent term of 15 months in prison. Having reviewed the record, including the trial court file, the transcript of the hearings and the trial, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).